# EXHIBIT D

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | *Reserved for Clerk's File Stamp* |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE.<br>1500, LOS ANGELES, CA 90048  T: (323)653-6530 | | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 19 2018<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By_____, Deputy<br>Judi Lara |
| ATTORNEY FOR (Name): JANE DOE | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS:<br>111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF:<br>JANE DOE | | |
| DEFENDANT:<br>THE WEINSTEIN COMPANY LLC, et al. | | |
| **AMENDMENT TO COMPLAINT**<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC683411 | D78 |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 1 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| ROBERT WEINSTEIN |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____    _____
Dated                    Judicial Officer

| LACIV 105 (Rev. 01/07)<br>LASC Approved 03-04 | **AMENDMENT TO COMPLAINT**<br>(Fictitious / Incorrect Name) | Code Civ. Proc., §§ 471.5,<br>472, 473, 474 |

Exhibit D - Page 26

Doc# 1 Page# 1 - Doc ID = 1732010506 - Doc Type = AMENDMENT TO COMPLAINT