# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:18−cv−03725−MWF−MRW

| | |
|---|---|
| Jane Doe v. The Weinstein Company LLC et al | Date Filed: 05/03/2018 |
| Assigned to: Judge Michael W. Fitzgerald | Date Terminated: 06/14/2018 |
| Referred to: Magistrate Judge Michael R. Wilner | Jury Demand: Plaintiff |
| Case in other court: Los Angeles Superior Court, BC683411 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1441 Notice of Removal – Personal Injury | Jurisdiction: Federal Question |

**Plaintiff**

**Jane Doe**　　　　　　　　　　　　　　represented by　**Christina Cheung**
*an Individual*

Allred Maroko and Goldberg
6300 Wilshire Boulevard Suite 1500
Los Angeles, CA 90048
323−653−6530
Fax: 323−653−1660
Email: ccheung@amglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gloria Allred**
Allred Maroko and Goldberg
6300 Wilshire Boulevard Suite 1500
Los Angeles, CA 90048−5078
323−653−6530
Fax: 323−653−1660
Email: gallred@amglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marcus John Spiegel**
Allred Maroko and Goldberg
6300 Wilshire Boulevard Suite 1500
Los Angeles, CA 90048
323−653−6530
Fax: 323−653−1660
Email: mspiegel@amglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Goldberg**
Allred Maroko and Goldberg
6300 Wilshire Boulevard Suite 1500
Los Angeles, CA 90048−5217
323−653−6530
Fax: 323−653−1660
Email: ngoldberg@amglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **The Weinstein Company LLC**<br>*a Corp.* | represented by | **Kristen M Peters**<br>Seyfarth Shaw LLP<br>2029 Century Park East Suite 3500<br>Los Angeles, CA 90067–3021<br>310–277–7200<br>Fax: 310–201–5219<br>Email: kmpeters@seyfarth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura Wilson Shelby**<br>Seyfarth Shaw LLP<br>2029 Century Park East Suite 3500<br>Los Angeles, CA 90067–3021<br>310–277–7200<br>Fax: 310–201–5219<br>Email: lshelby@seyfarth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer Rose Nunez**<br>Seyfarth Shaw LLP<br>2029 Century Park East Suite 3500<br>Los Angeles, CA 90067–3021<br>310–277–7200<br>Fax: 310–201–5219<br>Email: jnunez@seyfarth.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Weinstein Company Holdings LLC**<br>*a Corp.* | represented by | **Kristen M Peters**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura Wilson Shelby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Harvey Weinstein**<br>*an individual* | represented by | **John L Barber**<br>Lewis Brisbois Bisgaard and Smith LLP<br>633 West 5th Street Suite 4000<br>Los Angeles, CA 90071<br>213–250–1800<br>Fax: 213–250–7900<br>Email: john.barber@lewisbrisbois.com<br>*LEAD ATTORNEY* |

|   |   |
|---|---|
|   | *ATTORNEY TO BE NOTICED*<br><br>**Kelsey Elizabeth Scherr**<br>Lewis Brisbois Bisgaard and Smith LLP<br>633 West 5th Street Suite 4000<br>Los Angeles, CA 90071<br>213−250−1800<br>Fax: 213−250−7900<br>Email: kelsey.scherr@lewisbrisbois.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does**
*12 through 25, inclusive*

**Defendant**

**Robert Weinstein**
*formerly Doe 1*

**Defendant**

**Lance Maerov**
*formerly Doe 2*

**Defendant**

**David Glasser**
*formerly Doe 3*

**Defendant**

**Richard Koenigsberg**
*formerly Doe 4*

**Defendant**

**Tarak Ben Ammar**
*formerly Doe 5*

**Defendant**

**Dirk Ziff**
*formerly Doe 6*

**Defendant**

| | | |
|---|---|---|
| **Tim Sarnoff**<br>*formerly Doe 7* | represented by | **Marvin S Putnam**<br>Latham and Watkins LLP<br>10250 Constellation Boulevard Suite 100<br>Los Angeles, CA 90067<br>424−653−5500<br>Fax: 424−653−5501<br>Email: marvin.putnam@lw.com<br>*LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED

**Joshua G Hamilton**
Latham and Watkins LLP
10250 Constellation Boulevard Suite 1100
Los Angeles, CA 90067
424−653−5500
Fax: 424−653−5501
Email: joshua.hamilton@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Lasry**
*formerly Doe 8*

**Defendant**

**Paul Tudor Jones**
*formerly Doe 9*

**Defendant**

**Jeff Sackman**
*formerly Doe 10*

**Defendant**

**James Dolan**
*formerly known as*
Doe 11

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2018 | Ï 1 | NOTICE OF REMOVAL from Superior Court of the State of California, County of Los Angeles, case number BC683411 Receipt No: 0973−21693804 − Fee: $400, filed by Defendant Tim Sarnoff. (Attachments: # 1 Exhibit A − Summons, # 2 Exhibit B − First Amended Complaint, # 3 Exhibit C − Sarnoff Amendment to First Amended Complaint, # 4 Exhibit D − Weinstein Amendment to First Amended Complaint, # 5 Exhibit E − Maerov Amendment to First Amended Complaint, # 6 Exhibit F − Glasser Amendment to First Amended Complaint, # 7 Exhibit G − Koenigsberg Amendment to First Amended Complaint, # 8 Exhibit H − Ben Ammar Amendment to First Amended Complaint, # 9 Exhibit I − Ziff Amendment to First Amended Complaint, # 10 Exhibit J − Lasry Amendment to First Amended Complaint, # 11 Exhibit K − Jones Amendment to First Amended Complaint, # 12 Exhibit L − Sackman Amendment to First Amended Complaint, # 13 Exhibit M − State Court File) (Attorney Marvin S Putnam added to party Tim Sarnoff(pty:dft))(Putnam, Marvin) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 2 | CIVIL COVER SHEET filed by Defendant Tim Sarnoff. (Putnam, Marvin) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 3 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Tim Sarnoff, (Putnam, Marvin) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 4 | NOTICE of Pendency of Other Action or Proceeding filed by Defendant Tim Sarnoff. (Putnam, Marvin) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 5 | |

| | | |
|---|---|---|
| | | Notice of Appearance or Withdrawal of Counsel: for attorney Marvin S Putnam counsel for Defendant Tim Sarnoff. Adding Marvin S. Putnam as counsel of record for Tim Sarnoff for the reason indicated in the G–123 Notice. Filed by Defendant Tim Sarnoff. (Putnam, Marvin) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 6 | Notice of Appearance or Withdrawal of Counsel: for attorney Joshua G Hamilton counsel for Defendant Tim Sarnoff. Adding Joshua G. Hamilton as counsel of record for Tim Sarnoff for the reason indicated in the G–123 Notice. Filed by Defendant Tim Sarnoff. (Attorney Joshua G Hamilton added to party Tim Sarnoff(pty:dft))(Hamilton, Joshua) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 7 | PROOF OF SERVICE filed by Defendant Tim Sarnoff, re Civil Cover Sheet (CV–71) 2 , Certificate/Notice of Interested Parties 3 , Notice of Appearance or Withdrawal of Counsel (G–123), 5 , Notice of Appearance or Withdrawal of Counsel (G–123), 6 , Notice of Removal (Attorney Civil Case Opening),,,, 1 , Notice (Other) 4 served on May 3, 2018. (Putnam, Marvin) (Entered: 05/03/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF COMPLAINT against Defendants Does 1 through 25, inclusive, The Weinstein Company Holdings LLC, The Weinstein Company LLC, Harvey Weinstein. Jury Demanded, filed by plaintiff Jane Doe. Filed in State Court on 11/14/2017 Submitted with Exhibit M attachment 13 to notice of removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF FIRST AMENDED COMPLAINT against Defendants Does 1 through 25, inclusive, The Weinstein Company Holdings LLC, The Weinstein Company LLC, Harvey Weinstein amending Complaint – (Discovery),, filed by plaintiff Jane Doe. Filed in State Court on 1/2/2018 Submitted with Exhibit B attachment 2 to notice of removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Tim Sarnoff amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 7 and having discovered the true name of the defendant to be Tim Sarnoff. Filed in State Curt on 3/19/18 Submitted as Exhibit C Attachment 3 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Robert Weinstein amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 1 and having discovered the true name of the defendant to be Robert Weinstein. Filed in State Curt on 3/19/18 Submitted as Exhibit D Attachment 4 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Lance Maerov amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 2 and having discovered the true name of the defendant to be Lance Maerov. Filed in State Curt on 3/19/18 Submitted as Exhibit E Attachment 5 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant David Glasser amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 3 and having discovered the true name of the defendant to be Tim Sarnoff. Filed in State Court on 3/19/18 Submitted as Exhibit F Attachment 6 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Richard Koenigsberg amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the |

| | | |
|---|---|---|
| | | defendant in the complaint by the fictitious name of Doe 4 and having discovered the true name of the defendant to be Richard Koenigsberg. Filed in State Court on 3/19/18 Submitted as Exhibit G Attachment 7 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Tarak Ben Ammar amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 5 and having discovered the true name of the defendant to be Tarak Ben Ammar. Filed in State Court on 3/19/18 Submitted as Exhibit H Attachment 8 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Dirk Ziff amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 6 and having discovered the true name of the defendant to be Dirk Ziff. Filed in State Court on 3/19/18 Submitted as Exhibit I Attachment 9 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Marc Lasry amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 8 and having discovered the true name of the defendant to be Marc Lasry. Filed in State Court on 3/19/18 Submitted as Exhibit J Attachment 10 to Notice of Removal 1 (car) Modified on 5/4/2018 (car). (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Paul Tudor Jones amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 9 and having discovered the true name of the defendant to be Paul Tudor Jones. Filed in State Court on 3/19/18 Submitted as Exhibit K Attachment 11 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant Jeff Sackman amending Complaint – (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 10 and having discovered the true name of the defendant to be Jeff Sackman. Filed in State Court on 3/19/18 Submitted as Exhibit L Attachment 12 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF DEFENDANTS THE WEINSTEIN COMPANY, LLC and THE WEINSTEIN COMPANY HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S UNVERIFIED FIRST AMENDED COMPLAINT Filed in State Court on 2/1/2018 Submitted as Exhibit M Attachment 13 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT Executed by Plaintiff Jane Doe, upon Defendant The Weinstein Company Holdings LLC served on 11/17/2017, answer due 12/8/2017. Service of the Summons and Complaint were executed upon Lyanne Gares, clerk authorized to accept in compliance with California Code of Civil Procedure by personal service.Original Summons NOT returned. Filed in State Court on 11/29/2017 and submitted with Exhibit M Attachment 13 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT Executed by Plaintiff Jane Doe, upon Defendant The Weinstein Company LLC served on 11/17/2017, answer due 12/8/2017. Service of the Summons and Complaint were executed upon Robert Peck Agent for Service of Process in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. Filed in |

| | | |
|---|---|---|
| | | State Court on 11/29/2017 Submitted as Exhibit M Attachment 13 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/03/2018 | Ï | CONFORMED COPY OF NOTICE AND ACKNOWLEDGMENT OF RECEIPT of Summons and Complaint returned Executed filed by Plaintiff Jane Doe, upon Defendant Harvey Weinstein. Filed in State Court on 1/16/2018 Submitted with Exhibit M Attachment 13 to Notice of Removal 1 (car) (Entered: 05/04/2018) |
| 05/04/2018 | Ï 8 | NOTICE OF ASSIGNMENT to District Judge Michael W. Fitzgerald and Magistrate Judge Michael R. Wilner. (car) (Entered: 05/04/2018) |
| 05/04/2018 | Ï 9 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (car) (Entered: 05/04/2018) |
| 05/04/2018 | Ï 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Gerald L Maatman, Jr.. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (car) (Entered: 05/04/2018) |
| 05/04/2018 | Ï 11 | STIPULATION for Extension of Time to File Response to First Amended Complaint filed by Defendant Tim Sarnoff. (Attachments: # 1 Proposed Order)(Putnam, Marvin) (Entered: 05/04/2018) |
| 05/07/2018 | Ï 12 | ORDER GRANTING STIPULATION TO EXTEND DEFENDANT TIM SARNOFF'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT 11 by Judge Michael W. Fitzgerald. Defendant Tim Sarnoff's deadline to respond to plaintiff Jane Doe's First Amended Complaint is extended to June 11, 2018. (iv) (Entered: 05/07/2018) |
| 05/07/2018 | Ï 13 | NOTICE filed by Defendant Tim Sarnoff. *Notice of Supplementing State Court File for Notice of Removal* (Attachments: # 1 Dolan Amendment to First Amended Complaint)(Putnam, Marvin) (Entered: 05/07/2018) |
| 05/07/2018 | Ï | CONFORMED COPY OF AMENDMENT TO COMPLAINT as to Defendant James Dolan amending Complaint − (Discovery), filed by plaintiff Jane Doe. Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of Doe 11 and having discovered the true name of the defendant to be James Dolan. Filed in State Court on 3/19/18 Submitted Attached to Notice of Supplementing State Court File for Notice of Removal Doc. 13 (car) (Entered: 05/07/2018) |
| 05/09/2018 | Ï 14 | ORDER SETTING SCHEDULING CONFERENCE by Judge Michael W. Fitzgerald: A Scheduling Conference is set for 6/25/2018 at 11:00 AM before Judge Michael W. Fitzgerald. The Joint Rule 26(f) Meeting Report is due 6/11/2018. IT IS SO ORDERED. (cw) (Entered: 05/09/2018) |
| 05/14/2018 | Ï 15 | NOTICE filed by Plaintiff Jane Doe. (Attachments: # 1 Exhibit Notice and Acknowledgment of Receipt−Civil)(Cheung, Christina) (Entered: 05/14/2018) |
| 05/15/2018 | Ï 16 | Notice of Appearance or Withdrawal of Counsel: for attorney Christina Cheung counsel for Plaintiff Jane Doe. Adding Marcus J. Spiegel as counsel of record for Plaintiff Jane Doe for the reason indicated in the G−123 Notice. Filed by Plaintiff Jane Doe. (Cheung, Christina) (Entered: 05/15/2018) |
| 05/21/2018 | Ï 17 | |

| | | |
|---|---|---|
| | | NOTICE OF MOTION AND MOTION to Transfer Case to the United States District Court for the Southern District of New York filed by Defendant Tim Sarnoff. Motion set for hearing on 6/18/2018 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Proposed Order)(Putnam, Marvin) (Entered: 05/21/2018) |
| 05/21/2018 | Ï 18 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Transfer Case to the United States District Court for the Southern District of New York 17 filed by Defendant Tim Sarnoff. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Proposed Order)(Putnam, Marvin) (Entered: 05/21/2018) |
| 06/04/2018 | Ï 19 | NOTICE OF NON−OPPOSITION to NOTICE OF MOTION AND MOTION to Transfer Case to the United States District Court for the Southern District of New York 17 filed by Plaintiff Jane Doe. (Cheung, Christina) (Entered: 06/04/2018) |
| 06/05/2018 | Ï 20 | STIPULATION for Extension of Time to File Response to First Amended Complaint filed by Defendant Tim Sarnoff. (Attachments: # 1 Proposed Order)(Hamilton, Joshua) (Entered: 06/05/2018) |
| 06/06/2018 | Ï 21 | ORDER GRANTING STIPULATION TO EXTEND DEFENDANT TIM SARNOFF'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT 20 by Judge Michael W. Fitzgerald. Defendant Tim Sarnoff's deadline to respond to plaintiff Jane Doe's First Amended Complaint is extended to July 16, 2018. (iv) (Entered: 06/06/2018) |
| 06/06/2018 | Ï 22 | MINUTES (IN CHAMBERS) COURT ORDER TAKING HEARING ON MOTION TO TRANSFER CASE TO USDC SOUTHERN DISTRICT OF NEW YORK 17 OFF CALENDAR AND UNDER SUBMISSION by Judge Michael W. Fitzgerald. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7−15, the Court finds that this matter is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on this motion for June 18, 2018, is vacated and taken off calendar. (iv) (Entered: 06/06/2018) |
| 06/07/2018 | Ï 23 | Notice of Appearance or Withdrawal of Counsel: for attorney Jennifer Rose Nunez counsel for Defendant The Weinstein Company LLC. Filed by defendant The Weinstein Company LLC. (Attorney Jennifer Rose Nunez added to party The Weinstein Company LLC(pty:dft))(Nunez, Jennifer) (Entered: 06/07/2018) |
| 06/07/2018 | Ï 24 | STIPULATION to Continue Scheduling Conference from June 25, 2018 to July 30, 2018 filed by Defendant Tim Sarnoff. (Attachments: # 1 Proposed Order)(Hamilton, Joshua) (Entered: 06/07/2018) |
| 06/08/2018 | Ï 25 | ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE 24 by Judge Michael W. Fitzgerald. Pursuant to stipulation the scheduling conference is continued to July 30, 2018 at 11:00 a.m. (iv) (Entered: 06/08/2018) |
| 06/08/2018 | Ï 26 | NOTICE of Pendency of Other Action or Proceeding filed by Defendant Tim Sarnoff. (Hamilton, Joshua) (Entered: 06/08/2018) |
| 06/14/2018 | Ï 27 | MINUTES (IN CHAMBERS) ORDER RE: DEFENDANT TIM SARNOFF'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. 1412 17 by Judge Michael W. Fitzgerald. The Motion is GRANTED. The Clerk of Court is ORDERED to transfer this action to the United States District Court for the Southern District of New York. Case transferred electronically. MD JS−6. Case Terminated. (iv) (Entered: 06/14/2018) |