UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANE DOE, an individual,

                                            Plaintiff,

       -against-

THE WEINSTEIN COMPANY LLC, a corporation, THE
WEINSTEIN COMPANY HOLDINGS LLC, a
corporation, HARVEY WEINSTEIN, an individual and
DOES 1 through 25, inclusive,

                                           Defendants.
-----------------------------------------------------------------X

18 Civ. 05414

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that Elior D. Shiloh, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as attorney for the defendant Harvey Weinstein and requests that all papers be served upon him and all communications herein be directed to him.

Dated:      New York, New York
              June 21, 2018

                                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                           BY:     /s/ Elior D. Shiloh
                                                   Elior D. Shiloh
                                                   *Attorneys for Defendant*
                                                   Harvey Weinstein
                                                   77 Water Street, Suite 2100
                                                   New York, NY  10005
                                                   (212) 232-1300