## Law Offices
### ALLRED, MAROKO & GOLDBERG
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
6300 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90048
(323) 653-6530
FAX (323) 653-1660
www.amglaw.com

NATHAN GOLDBERG*
MICHAEL MAROKO*
GLORIA R. ALLRED*†◊
JOHN S. WEST
DOLORES Y. LEAL
R. TOMÁS OLMOS
RENEE MOCHKATEL
MARGERY N. SOMERS
MARCUS J. SPIEGEL
BYRON LAU

*A PROFESSIONAL CORPORATION
†ALSO ADMITTED TO NEW YORK BAR
◊ALSO ADMITTED TO WASHINGTON, D.C. BAR

E-MAIL:
mspiegel@amglaw.com



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/18

July 23, 2018

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Doe v. The Weinstein Company, et al.* (18-cv-05414)

Dear Judge Abrams:

In our capacity as counsel for Plaintiff Jane Doe in the above-captioned action, we write to seek permission to link, for purposes of electronic filing, Plaintiff's Request for Issuance of a Summons to her First Amended Complaint filed in Los Angeles Superior Court.

Plaintiff originally filed this matter in the Superior Court of the State of California for the County of Los Angeles ("State Court") on November 17, 2017. She filed a First Amended Complaint ("FAC") on January 2, 2018. For the Court's convenience, attached as Exhibit 1 hereto is a copy of the FAC.

The matter was removed to the Central District of California and transferred to the Southern District of New York on June 14, 2018. (Dkt. No. 27.) It was reassigned to Judge Abrams on July 11, 2018.

On July 13, (Dkt. No. 37) July 17 (Dkt. No. 42), and July 18 (Dkt. No. 48), Plaintiff attempted to file a Request for Issuance of a Summons to Defendant Tarak Ben Ammar. (All of the other previously un-served Defendants agreed to a Waiver of Service of Summons.) Each filing was rejected as deficient, according to the ECF Notice, because the "summons request is not linked to a document." For the Court's convenience, attached as Exhibit 2 hereto is a copy of Plaintiff's Request for Issuance of Summons.

Accordingly, counsel for Plaintiff called the ECF Help Desk for assistance. An ECF Help Desk representative explained that the filings were rejected because Plaintiff sought to link the Request for Issuance of a Summons to the State Court FAC that does not possess its own docket number in the instant matter, but is instead merely an Exhibit to the Notice of Removal. The EFC Help desk representative suggested that Plaintiff write a letter to this Court asking for

Honorable Ronnie Abrams
July 23, 2018
Page 2

permission to link her Request for Issuance of a Summons to the State Court FAC. This letter is requesting the same results.

If such linkage is not technically feasible or is otherwise undesirable, Plaintiff respectfully requests the Court's guidance as to another mechanism by which she may properly file a Request for Issuance of a Summons.

We appreciate the Court's consideration of this request.

Very truly yours,

ALLRED, MAROKO & GOLDBERG

MARCUS SPIEGEL

cc: All Counsel of Record (via ECF and U.S. Mail)

> The Court has instructed the Clerk of Court to issue a summons as requested in this letter. When Plaintiff serves Tarak Ben Ammar with the summons and State Court FAC, she is further ordered to serve him with the amendment filed at Dkt. 1-8, which added Tarak Ben Ammar's name to the FAC, and to serve him with a copy of this Endorsed Letter.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 7/25/2018