AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

|  |  |
|---|---|
| JANE DOE, an Individual | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE WEINSTEIN COMPANY LLC; THE WEINSTEIN COMPANY | ) |
| HOLDINGS LLC; HARVEY WEINSTEIN; ROBERT WEINSTEIN; | ) |
| LANCE MAEROV; RICHARD KOENIGSBERG; TARAK BEN AMMAR; | ) |
| DIRK ZIFF; TIM SARNOFF; MARC LASRY; PAUL TUDOR JONES; | ) |
| JEFF SACKMAN; JAMES DOLAN, and DAVID GLASSER | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-cv-05414-RA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tarak Ben Ammar
8 Villa Montmorency
Autevil, Paris 16E
France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gloria Allred, Esq.
Nathan Goldberg, Esq.
Christina Cheung, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/30/2018

/s/ L.Aquino

*Signature of Clerk or Deputy Clerk*