# Exhibit 6

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> GLORIA ALLRED SBN 65033 <br> NATHAN GOLDBERG SBN 62192 <br> CHRISTINA CHEUNG SBN 280148 <br> ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048 T: (323)653-6530 | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| ATTORNEY FOR (Name): JANE DOE | | CONFORMED COPY <br> ORIGINAL FILED <br> Superior Court of California <br> County of Los Angeles <br><br> MAR 19 2018 <br><br> Sherri R. Carter, Executive Officer/Clerk of Court <br> By: Judi Lara, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: <br> 111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF: <br> JANE DOE | | |
| DEFENDANT: <br> THE WEINSTEIN COMPANY LLC, et al. | | |
| AMENDMENT TO COMPLAINT <br> (Fictitious /Incorrect Name) | CASE NUMBER: <br> BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 1 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| ROBERT WEINSTEIN |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____          _____
Dated                                                         Judicial Officer

CONFORM

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> GLORIA ALLRED SBN 65033 <br> NATHAN GOLDBERG SBN 62192 <br> CHRISTINA CHEUNG SBN 280148 <br> ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048   T: (323)653-6530 | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| ATTORNEY FOR (Name): JANE DOE | | CONFORMED COPY <br> ORIGINAL FILED <br> Superior Court of California <br> County of Los Angeles <br><br> MAR 19 2018 <br><br> Sherri R. Carter, Executive Officer/Clerk of Court <br> By: Judi Lara, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: <br> 111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF: <br> JANE DOE | | |
| DEFENDANT: <br> THE WEINSTEIN COMPANY LLC, et al. | | |
| AMENDMENT TO COMPLAINT <br> (Fictitious /Incorrect Name) | CASE NUMBER: <br> BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 2 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| LANCE MAEROV |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | [signature] |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

Dated _____        Judicial Officer _____

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: GLORIA ALLRED SBN 65033 NATHAN GOLDBERG SBN 62192 CHRISTINA CHEUNG SBN 280148 ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048  T: (323)653-6530 | STATE BAR NUMBER | CONFORMED COPY ORIGINAL FILED Superior Court of California County of Los Angeles **MAR 19 2018** Sherri R. Carter, Executive Officer/Clerk of Court By: Judi Lara, Deputy |
|---|---|---|
| ATTORNEY FOR (Name): JANE DOE | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: 111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF: JANE DOE | | |
| DEFENDANT: THE WEINSTEIN COMPANY LLC, et al. | | |
| **AMENDMENT TO COMPLAINT** (Fictitious /Incorrect Name) | | CASE NUMBER: BC683411 |

☒ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 3 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| DAVID GLASSER |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *[signature]* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____         _____
Dated                                Judicial Officer

LACIV 105 (Rev. 01/07)             **AMENDMENT TO COMPLAINT**         Code Civ. Proc., §§ 471.5,
LASC Approved 03-04                (Fictitious / Incorrect Name)              472, 473, 474

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048   T: (323)653-6530 | | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 19 2018<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Judi Lara, Deputy |
| ATTORNEY FOR (Name): JANE DOE | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
111 N. HILL STREET, LOS ANGELES, CA 90012

PLAINTIFF:
JANE DOE

DEFENDANT:
THE WEINSTEIN COMPANY LLC, et al.

**AMENDMENT TO COMPLAINT**
**(Fictitious /Incorrect Name)**

CASE NUMBER:
BC683411

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 4

and having discovered the true name of the defendant to be:

TRUE NAME
RICHARD KOENIGSBERG

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *[signature]* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____   _____
Dated                     Judicial Officer

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048 T: (323)653-6530 | | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 19 2018<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Judi Lara, Deputy |
| ATTORNEY FOR (Name): JANE DOE | | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** | | |
| COURTHOUSE ADDRESS:<br>111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF:<br>JANE DOE | | |
| DEFENDANT:<br>THE WEINSTEIN COMPANY LLC, et al. | | |
| **AMENDMENT TO COMPLAINT**<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 5 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| TARAK BEN AMMAR |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | [signature] |

---

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

| Dated | Judicial Officer |
|---|---|
| | |

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5,
472, 473, 474

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> GLORIA ALLRED SBN 65033 <br> NATHAN GOLDBERG SBN 62192 <br> CHRISTINA CHEUNG SBN 280148 <br> ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048   T: (323)653-6530 <br> ATTORNEY FOR (Name): JANE DOE | STATE BAR NUMBER | Reserved for Clerk's File Stamp <br> CONFORMED COPY <br> ORIGINAL FILED <br> Superior Court of California <br> County of Los Angeles <br> MAR 19 2018 <br> Sherri R. Carter, Executive Officer/Clerk of Court <br> By: Judi Lara, Deputy |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** | | |
| COURTHOUSE ADDRESS: <br> 111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF: <br> JANE DOE | | |
| DEFENDANT: <br> THE WEINSTEIN COMPANY LLC, et al. | | |
| **AMENDMENT TO COMPLAINT** <br> (Fictitious /Incorrect Name) | CASE NUMBER: <br> BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 6 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| DIRK ZIFF |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *[signature]* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

| Dated | Judicial Officer |
|---|---|
| | |

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> GLORIA ALLRED SBN 65033 <br> NATHAN GOLDBERG SBN 62192 <br> CHRISTINA CHEUNG SBN 280148 <br> ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. <br> 1500, LOS ANGELES, CA 90048  T: (323)653-6530 | STATE BAR NUMBER | CONFORMED COPY Reserved for Clerk's File Stamp <br> ORIGINAL FILED <br> Superior Court of California <br> County of Los Angeles <br> MAR 19 2018 <br> Sherri R. Carter, Executive Officer/Clerk of Court <br> By: Judi Lara, Deputy |
|---|---|---|
| ATTORNEY FOR (Name): JANE DOE | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: <br> 111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF: <br> JANE DOE | | |
| DEFENDANT: <br> THE WEINSTEIN COMPANY LLC, et al. | | |
| AMENDMENT TO COMPLAINT <br> (Fictitious /Incorrect Name) | CASE NUMBER: <br> BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 7 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| TIM SARNOFF |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *(signed)* |

---

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
|  |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
|  |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
|  |  |  |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____        _____
Dated                                                         Judicial Officer

CONFORM

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048  T: (323)653-6530 | | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 19 2018<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Judi Lara, Deputy |
| ATTORNEY FOR (Name): JANE DOE | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS:<br>111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF:<br>JANE DOE | | |
| DEFENDANT:<br>THE WEINSTEIN COMPANY LLC, et al. | | |
| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | | CASE NUMBER:<br>BC683411 |

☒ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 8 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| MARC LASRY |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *[signature]* |

---

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
|  |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
|  |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
|  |  |  |

## ORDER

THE COURT ORDERS the amendment approved and filed.

| | |
|---|---|
| Dated | Judicial Officer |

LACIV 105 (Rev. 01/07)
LASC Approved 03-04
AMENDMENT TO COMPLAINT
(Fictitious / Incorrect Name)
Code Civ. Proc., §§ 471.5,
472, 473, 474

CONFORM

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE.<br>1500, LOS ANGELES, CA 90048  T: (323)653-6530<br>ATTORNEY FOR (Name): JANE DOE | | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**MAR 19 2018**<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Judi Lara, Deputy |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** | | |
| COURTHOUSE ADDRESS:<br>111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF:<br>JANE DOE | | |
| DEFENDANT:<br>THE WEINSTEIN COMPANY LLC, et al. | | |
| **AMENDMENT TO COMPLAINT**<br>**(Fictitious /Incorrect Name)** | CASE NUMBER:<br>BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 9

and having discovered the true name of the defendant to be:

TRUE NAME
PAUL TUDOR JONES

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

### ORDER

THE COURT ORDERS the amendment approved and filed.

Dated _____   Judicial Officer _____

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048  T: (323)653-6530 | | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 19 2018<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Judi Lara, Deputy |
| ATTORNEY FOR (Name): JANE DOE | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS:<br>111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF:<br>JANE DOE | | |
| DEFENDANT:<br>THE WEINSTEIN COMPANY LLC, et al. | | |
| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 10 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| JEFF SACKMAN |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *[signature]* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____   _____
Dated                     Judicial Officer

CONFORM

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE.<br>1500, LOS ANGELES, CA 90048  T: (323)653-6530<br>ATTORNEY FOR (Name): JANE DOE | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** | | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>MAR 19 2018<br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Judi Lara, Deputy |
| COURTHOUSE ADDRESS:<br>111 N. HILL STREET, LOS ANGELES, CA 90012 | | |
| PLAINTIFF:<br>JANE DOE | | |
| DEFENDANT:<br>THE WEINSTEIN COMPANY LLC, et al. | | |
| **AMENDMENT TO COMPLAINT**<br>**(Fictitious /Incorrect Name)** | CASE NUMBER:<br>BC683411 | |

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

| FICTITIOUS NAME |
|---|
| DOE 11 |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| JAMES DOLAN |

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | *[signature]* |

---

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

| INCORRECT NAME |
|---|
| |

and having discovered the true name of the defendant to be:

| TRUE NAME |
|---|
| |

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

| Dated | Judicial Officer |
|---|---|
| | |

LACIV 105 (Rev. 01/07)  
LASC Approved 03-04  
**AMENDMENT TO COMPLAINT**  
**(Fictitious / Incorrect Name)**  
Code Civ. Proc., §§ 471.5,  
472, 473, 474