USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/15/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

        Plaintiff,

-against-

THE WEINSTEIN COMPANY L.L.C., *et al.*,

        Defendants.

No. 18-CV-5414 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 2, 2018, Plaintiff filed a motion for leave to file a Second Amended Complaint. That filing was marked as deficient by the Clerk of Court, and Plaintiff re-filed her motion on August 15, 2018, to remedy the deficiency. Any Defendant that opposes Plaintiff's motion shall file opposition papers no later than September 14, 2018. Plaintiff's reply, if any, shall be due September 28, 2018.

Plaintiff is ordered to serve any Defendants that have not yet appeared on ECF with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated no later than September 7, 2018.

SO ORDERED.

Dated:    August 15, 2018
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge