UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| JANE DOE, an Individual, | 1:18-cv-05414 (RA) |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | |
| THE WEINSTEIN COMPANY LLC; THE WEINSTEIN COMPANY HOLDINGS LLC; HARVEY WEINSTEIN, ROBERT WEINSTEIN, LANCE MAEROV, RICHARD KOENIGSBERG, TARAK BEN AMMAR, DIRK ZIFF, TIM SARNOFF, PAUL TUDOR JONES, JEFF SACKMAN, and JAMES DOLAN, Defendants. | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Second Amended Complaint, all prior pleadings and proceedings herein, the Declarations of Elior Shiloh, Esq. and Benjamin Brafman, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Ronnie Abrams, U.S.D.J, in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, New York, 10007, on a date to be determined by the Court, for an Order: (1) staying this action as to Defendant Harvey Weinstein pending the resolution of related criminal proceedings; and (2) granting such other and further relief as is just and proper.

Dated: New York, New York
           November 14, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Elior D. Shiloh
  Elior D. Shiloh, Esq.
  77 Water Street, Suite 2100
  New York, New York  10005
  Tel: 212-232-1300

*Attorneys for Defendant Harvey Weinstein*

## **CERTIFICATE OF SERVICE**

      Elior D. Shiloh, Esq. an attorney duly admitted to practice before this Court, certifies that on November 14 2018, he caused the Notice of Motion, the Declarations of Elior D. Shiloh, Esq. and Benjamin Brafman, Esq., and Memorandum of Law in Support to be filed and served on all counsel of record via ECF.

                                            /s/ Elior D. Shiloh
                                              Elior D. Shiloh