UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, an Individual, <br><br> *Plaintiff,* <br><br> v. <br><br> THE WEINSTEIN COMPANY LLC; THE WEINSTEIN COMPANY HOLDINGS LLC; HARVEY WEINSTEIN, ROBERT WEINSTEIN, LANCE MAEROV, RICHARD KOENIGSBERG, TARAK BEN AMMAR, DIRK ZIFF, TIM SARNOFF, PAUL TUDOR JONES, JEFF SACKMAN, and JAMES DOLAN, <br><br> *Defendants.* | Civil Action No. 1:18-CV-5414 (RA) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant James Dolan's Motion to Dismiss the Second Amended Complaint Against Him, and all prior papers and proceedings had herein, defendant James Dolan, by his undersigned attorneys, will move this Court pursuant to Fed. R. Civ. P. 12(b)(6), before Hon. Judge Ronnie Abrams, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 1506, New York, New York 10007, at a time set by the Court, to dismiss the Second Amended Complaint in its entirety as asserted against defendant Dolan.

Dated: New York, New York
November 15, 2018

ROSENBERG & GIGER P.C.

By: _____
John J. Rosenberg
Matthew H. Giger
250 Park Avenue, 12th Floor
New York, New York 10177
(646) 494-5000

*Attorneys for Defendant James Dolan*

TO:   All Counsel of Record (via ECF)