# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW



85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/18

**Bryan L. Arbeit**
barbeit@wigdorlaw.com

December 18, 2018

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Doe v. The Weinstein Company L

Dear Judge Abrams:

> Application Granted.
>
> The court conference scheduled for February 12, 2019 is hereby adjourned and rescheduled for March 15, 2019, at 3:30 p.m. At the conference, the parties shall be prepared to discuss the pending motions to dismiss and the motion to stay this action.
>
> Discovery in this case shall be stayed pending resolution of these motions.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> December 19, 2018

We represent Plaintiff Jane Doe in connection with the above-referenced action. We write to respectfully request that the time for Plaintiff to oppose the pending five motions to dismiss be extended from December 21, 2019 to January 11, 2019, and that defendants be given a corresponding extension to submit their replies, from January 18, 2019 to March 1, 2019. We have sought consent from defendants' counsel, and were informed by everyone except counsel for James Dolan that they take no position with respect to this extension request, and do not intend to file an objection.[1] The extension is requested to facilitate a continuing dialogue amongst the parties that may obviate the need to oppose the motions. In light of this extension request, we respectfully request that the court conference scheduled for February 12, 2019 be adjourned until after the motions are fully briefed at a date and time that is convenient for the Court. This is the second request to extend the motion to dismiss briefing schedule, and the first request was granted. See Dtk. No. 106.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Bryan L. Arbeit

cc:    Counsel for Defendants (*via* ECF)

---

[1] We initially emailed counsel for James Dolan and the other defendants on Friday early in the afternoon, sent several follow up emails about the extension request and tried to reach counsel by phone before submitting this letter.