UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
JANE DOE, an Individual,                              :
                                                      :
                Plaintiff,    :
                                                      :
     v.                                              :
                                                      :
THE WEINSTEIN COMPANY LLC, THE                        :
WEINSTEIN COMPANY HOLDINGS LLC,                       :  Civil Case No.:18-cv-05414 (RA)
HARVEY WEINSTEIN, ROBERT WEINSTEIN                    :
LANCE MAEROV, RICHARD KOENIGSBERG,                    :
TARAK BEN AMMAR, DIRK ZIFF, TIM                       :
SARNOFF, PAUL TUDOR JONES, JEFF                       :
SACKMAN, AND JAMES DOLAN.                             :
                                                      :
                Defendants.   :
------------------------------------------------------------------ X

## DECLARATION OF DOUGLAS H. WIGDOR

I, Douglas H. Wigdor, hereby declare as follows:

1. I am a Partner at the law firm Wigdor LLP, attorneys for Plaintiff Jane Doe in the above-captioned matter. I have personal knowledge of the facts set forth herein and submit this declaration in connection with Plaintiff's opposition to the Director Defendants' Motions to Dismiss.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Harvey Weinstein's 2015 employment agreement.

3. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 11, 2019
       New York, New York

                                                                               Douglas H. Wigdor