```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,

        v.

THE WEINSTEIN COMPANY L.L.C., *et al.*,

                Defendants.

---

No. 18-CV-5414 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court understands that, pursuant to 11 U.S.C. § 362(a)(1), all pending civil litigation brought against the Weinstein Company LLC and the Weinstein Company Holdings LLC (the "Companies") is automatically stayed by virtue of the bankruptcy proceeding currently pending before the Bankruptcy Court for the District of Delaware.

By April 12, 2019, the Companies shall inform the Court whether they object to seeking leave from this stay with respect to the instant litigation. If the Companies have any such objections, they shall distinguish this case from *Canosa v. Ziff, et al.*, 18-cv-04115, where the Bankruptcy Court agreed to lift the stay with respect to that action, *see Canosa*, Dkt. 71.

If the Companies have no such objections, by April 19, 2019, they shall request the Bankruptcy Court enter an order lifting the stay with respect to the instant litigation.

SO ORDERED.

Dated:      April 5, 2019
            New York, New York

                                         _____
                                         Ronnie Abrams
                                         United States District Judge