**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Brian T. Kohn
212.756.2339

Writer's E-mail Address
brian.kohn@srz.com

May 28, 2019

<u>**VIA ECF**</u>

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>***Wedil David v. The Weinstein Company LLC, et al.*, No. 1:18-cv-05414 (RA)**</u>

Dear Judge Abrams:

      We are counsel for Defendant Robert Weinstein in the above-referenced action. We write on behalf of Mr. Weinstein and with the consent of Plaintiff Wedil David to jointly request brief adjournments to the filing deadlines in connection with Mr. Weinstein's response to Plaintiff's Third Amended Complaint (ECF No. 147) (the "TAC").

      By way of background, on April 24, 2019, Your Honor issued an Opinion and Order, which, among other rulings, granted Mr. Weinstein's motion to dismiss Plaintiff's Second Amended Complaint without prejudice, giving Plaintiff until May 3, 2019 to file any amended pleading. (ECF No. 142.) Your Honor thereafter granted Plaintiff's request for an extension until May 17, 2019 (ECF No. 144), on which date the TAC was filed. Mr. Weinstein's current deadline by which to respond to Plaintiff's amended allegations is this Friday, May 31, 2019.

      The TAC contains a number of new allegations against Mr. Weinstein, which require additional time for us to consider our response. Accordingly, Mr. Weinstein, together with Plaintiff, respectfully request the following briefing schedule with respect to Plaintiff's TAC: Mr. Weinstein shall have until and including June 21, 2019 to answer, move, or otherwise respond to the TAC; Plaintiff shall have until and including July 22, 2019 to oppose any motion to dismiss Mr. Weinstein may file; and Mr. Weinstein shall have until and including August 19, 2019 to file any reply.

      This is Mr. Weinstein's first request for an extension by which to respond to the TAC, and no other deadlines will be affected by this request.

The Honorable Ronnie Abrams
May 28, 2019
Page 2

      We appreciate Your Honor's consideration of this matter.

                        Respectfully submitted,

                        /s/ Brian T. Kohn
                        Brian T. Kohn