# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3360

Writer's e-mail
gmaatman@seyfarth.com

June 10, 2019

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square- Courtroom 1506
New York, NY 10007-1312

   Re: *Wedil David v. The Weinstein Company LLC, et al*; **Case No. 18-CV-5414 (RA)**

Dear Judge Abrams:

  We are counsel to The Weinstein Company Holdings, LLC and The Weinstein Company LLC (collectively "TWC") in the above-captioned matter. By Order dated June 3, 2019 (ECF 157), the Court ordered TWC to provide an update regarding the status of terminating the bankruptcy stay no later than June 10, 2019.

  We are advised that TWC's bankruptcy counsel filed a stipulation requesting an Order modifying the automatic stay of 11 U.S.C. § 362(a) in the bankruptcy case on June 7, 2019. The Order has not yet been entered by the bankruptcy court.

  We wish to advise the Court, however, that on May 14, 2019, TWC and its affiliated debtors filed a motion for an Order converting their Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code (the "Conversion Motion"). The hearing on the Conversion Motion originally scheduled for June 4, 2019 was adjourned to June 26, 2019. If the debtor's motion is granted, a Chapter 7 trustee will be appointed by the U.S. Trustee to liquidate the debtor's assets, and he or she will assume control over TWC's remaining estate during its liquidation.

         Respectfully submitted,

         SEYFARTH SHAW LLP

         /s/ *Gerald L. Maatman, Jr.*
         Gerald L. Maatman, Jr., Esq.

         *Counsel to TWC*

cc: All Counsel of Record via ECF

WASHINGTON, D.C.  SYDNEY  SHANGHAI  SAN FRANCISCO  SACRAMENTO  NEW YORK  MELBOURNE  LOS ANGELES  LONDON  HOUSTON  HONG KONG  CHICAGO  BOSTON  ATLANTA