UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| WEDIL DAVID, an Individual, | 1:18-cv-05414 (RA) |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | |
| THE WEINSTEIN COMPANY LLC; THE WEINSTEIN COMPANY HOLDINGS LLC; HARVEY WEINSTEIN, ROBERT WEINSTEIN, LANCE MAEROV, RICHARD KOENIGSBERG, TARAK BEN AMMAR, DIRK ZIFF, TIM SARNOFF, PAUL TUDOR JONES, JEFF SACKMAN, and JAMES DOLAN, Defendants. | |

-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Third Amended Complaint and all prior pleadings and proceedings herein, and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Ronnie Abrams, in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, on a date to be determined by the Court, for an Order: (1) dismissing Plaintiff's Fifth Cause of Action for Sex Trafficking in the Third Amended Complaint with prejudice pursuant to Rule 12(b)(6), *Fed R. Civ. P.*; and (2) granting such other and further relief as is just and proper.

Dated: New York, New York
       June 21, 2019

                                            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                            By: /s/ Elior D. Shiloh
                                                Elior D. Shiloh, Esq.
                                                77 Water Street, Suite 2100
                                                New York, New York 10005
                                                Tel: 212-232-1300
                                                Elior.Shiloh@lewisbrisbois.com
                                           *Attorneys for Defendant Harvey Weinstein*

## **CERTIFICATE OF SERVICE**

Elior D. Shiloh, Esq. an attorney duly admitted to practice before this Court, certifies that on June 21, 2019, he caused the Notice of Motion and Memorandum of Law in Support to be filed and served on all counsel of record via ECF.

                                             /s/ Elior D. Shiloh
                                                Elior D. Shiloh