```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEDIL DAVID,

                Plaintiff,

    v.

THE WEINSTEIN COMPANY L.L.C., *et al.*,

                Defendants.

No. 18-CV-5414 (RA)

<u>ORDER OF REFERENCE</u>

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Lehrburger for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement): Defendants Harvey Weinstein and The Weinstein Companies | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    September 16, 2019
                New York, New York

                                            Ronnie Abrams
                                            United States District Judge