USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEDIL DAVID,

        Plaintiff,

v.

THE WEINSTEIN COMPANY L.L.C., *et al.*,

        Defendants.

No. 18-CV-5414 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Discovery shall be stayed as to Defendant Robert Weinstein pending the Court's resolution of his motion to dismiss the Third Amended Complaint.

    The Court will refer this case, by separate order, to Magistrate Judge Lehrburger for general pretrial purposes with respect to Defendants Harvey Weinstein and The Weinstein Companies.

    The Court will hold oral argument as to Defendants' motions to dismiss on November 6, 2019 at 4 p.m.

SO ORDERED.

Dated:    September 16, 2019
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge