UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WEDIL DAVID,

                            Plaintiff,

      -against-

THE WEINSTEIN COMPANY LLC,
THE WEINSTEIN COMPANY HOLDINGS
LLC, HARVEY WEINSTEIN and
ROBERT WEINSTEIN,

                       Defendants.

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

ORDER

18-CV-5414 (RA)(KNF)

The parties shall confer, as contemplated by Fed. R. Civ. P. 26(f), and, thereafter, submit to

the Court, on or before November 12, 2019, a proposed scheduling order that will govern their

pretrial activities.

Dated: New York, New York
       October 24, 2019

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE