UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

WEDIL DAVID, an Individual,

                Plaintiff,

                v.

THE WEINSTEIN COMPANY LLC; THE
WEINSTEIN COMPANY HOLDINGS
LLC; HARVEY WEINSTEIN, and
ROBERT WEINSTEIN,
                Defendants.
-----------------------------------------------------------X

1:18-cv-05414 (RA)

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL FOR
DEFENDANT HARVEY WEINSTEIN**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

IT IS HEREBY STIPULATED AND AGREED, by and between the undersiged counsel, pursuant to Local Rule 1.4, that Nesenoff & Miltenberg, LLP shall be substituted in the place and stead of Lewis Brisbois Bisgaard & Smith LLP as counsel of record for defendant Harvey Weinstein in the above-captioned matter.

Defendant enters into this substitution of counsel knowingly and voluntarily.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Elior D. Shiloh
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Elior.Shiloh@lewisbrisbois.com

*Outgoing Counsel for Defendant*

Dated: November 26, 2019

NESENOFF & MILTENBERG, LLP

By: _____
Diana Warshow, Esq. (DZ-8288)
363 Seventh Ave – 5th Floor
New York, New York 10001
(212) 736-4500
dwarshow@nmllplaw.com

*Incoming Counsel for Defendant*

Dated: November 26, 2019

SO ORDERED:

_____
U.S.D.J.
11-26-19

4846-1001-6174.1