# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Bryan L. Arbeit**
barbeit@wigdorlaw.com

February 4, 2020

**VIA ECF**

The Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    David v. The Weinstein Co. LLC, et al., No. 18-cv-05414 (RA)(KNF)

Dear Judge Fox:

We represent Plaintiff Wedil David and write in advance of the telephonic court conference scheduled for today at 5:00 p.m. On Friday, January 31, 2020, we sent the attached letter to counsel for Harvey Weinstein concerning Defendant Weinstein's failure to respond to Plaintiff's interrogatories and document requests and asked to confer with counsel prior to today's telephone conference. See Ex. A. Regrettably, we did not receive any response to our letter. As noted in the letter, Defendant Weinstein is currently under threat of sanctions in the Canosa action before Judge Engelmayer for similar discovery abuses. See Ex. B. It appears that Defendant Weinstein is refusing to cooperate in discovery in this action, even after his multiple attempts to stay this action were denied. Plaintiff accordingly requests that Your Honor order Defendant Weinstein to fully respond to Plaintiff's discovery requests without asserting objections, "all of which have been waived by his failure to respond to the plaintiff's discovery demands timely." Jobe O. v. Pataki, No. 03 Civ. 8331 (RCC)(KNF), 2007 WL 844707, at *5 (S.D.N.Y. Mar. 15, 2007).

Respectfully submitted,

*/s/ Bryan L. Arbeit*
Bryan L. Arbeit

cc:    All Counsel of Record (*via* ECF)