# Exhibit A

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Bryan L. Arbeit**
barbeit@wigdorlaw.com

January 31, 2020

**VIA EMAIL**

Andrew T. Miltenberg, Esq.
Diana Warshow, Esq.
Nesenoff & Miltenberg LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001

      Re:    David v. The Weinstein Co., LLC, et al.; No. 18-cv-05414 (RA)(KNF)

Counsel:

We write concerning Plaintiff's First Set of Document Requests and Interrogatories to Defendant Harvey Weinstein, which were served via email and U.S. mail on December 23, 2020.  As you are aware, you have not responded or objected to these discovery requests, or even communicated with us about them. We are aware that Defendant Weinstein in the Canosa v. Weinstein action has failed to follow the original deadline for document discovery and two court orders setting forth deadlines to respond, and is currently ordered by the court to respond on the threat of sanctions.  Please immediately provide an explanation for not responding to Plaintiff's discovery requests and a time to meet and confer on Monday.  If this issue is not resolved on Monday, we intend to raise it with Magistrate Judge Fox during Tuesday's teleconference.

Sincerely,

Bryan L. Arbeit