UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WEDIL DAVID,

       Plaintiff,

 -against-            **ORDER**
                  18 CV 5414 (RA) (KNF)

THE WEINSTEIN COMPANY LLC,
THE WEINSTEIN COMPANY HOLDINGS
LLC, HARVEY WEINSTEIN and
ROBERT WEINSTEIN,

       Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  IT IS HEREBY ORDERED that the telephone conference shall be held in the above-captioned action on May 8, 2020, at 11:00 a.m.  Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York       SO ORDERED:
    May 6, 2020

                  _/s/ Kevin Nathaniel Fox_
                  KEVIN NATHANIEL FOX
                  UNITED STATES MAGISTRATE JUDGE