# EXHIBIT C

| | | |
|---|---|---|
| 02/12/2020 | 205 | ORDER granting 200 Letter Motion for Discovery. On or before February 20, 2020, defendant Harvey Weinstein ("Weinstein") shall respond to the plaintiff's First Set of Document Requests and Interrogatories without asserting objections, as objections have been waived perforce of his unjustified failure to respond to the plaintiff's discovery demands timely. Weinstein's request for a stay, Docket Entry No. 203, which rehashes arguments that have been rejected previously, is denied. The docket sheet maintained by the Clerk of Court for this action does not reflect Weinstein's answer to the plaintiff's third amended complaint. Weinstein shall file his answer on or before February 14, 2020. Weinstein's failure to comply with this order may result in sanctions, including contempt of court, for disobeying a court order. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 02/12/2020) |