UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WEDIL DAVID, an Individual,               :
                                          :
                Plaintiff,            :     **ORDER**
                                          :
   -against-                             :     18-CV-5414 (RA)(KNF)
                                          :
THE WEINSTEIN COMPANY LLC; THE            :
THE WEINSTEIN COMPANY HOLDINGS LLC;       :
HARVEY WEINSTEIN; and ROBERT WEINSTEIN,   :
                                          :
                Defendants.           :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above-captioned action on April 15, 2021, at 11:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York          SO ORDERED:
         April 1, 2021

                                                   */s/ Kevin Nathaniel Fox*
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE