UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WEDIL DAVID,

       Plaintiff,

  -against-           **ORDER**
                 18 CV 5414 (RA) (KNF)

THE WEINSTEIN COMPANY LLC,
THE WEINSTEIN COMPANY HOLDINGS
LLC, HARVEY WEINSTEIN and
ROBERT WEINSTEIN,

       Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  IT IS HEREBY ORDERED that the telephone conference scheduled previously in the above-captioned action for April 15, 2021, is canceled.

Dated: New York, New York      SO ORDERED:
     April 2, 2021

                   _Kevin Nathaniel Fox_
                   KEVIN NATHANIEL FOX
                   UNITED STATES MAGISTRATE JUDGE