UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WEDIL DAVID,                                                          1:18-CV-05414 (RA)

                      Plaintiff,

      -against-

THE WEINSTEIN COMPANY, LLC, THE
WEINSTEIN COMPANY HOLDINGS, LLC,
HARVEY WEINSTEIN, AND ROBERT
WEINSTEIN,

                     Defendants.
-------------------------------------------------------------------X

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiff WEDIL DAVID and Defendants HARVEY WEINSTEIN, THE WEINSTEIN COMPANY, LLC, and THE WEINSTEIN COMPANY HOLDINGS, LLC, hereby stipulate to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with leave to reinstate within 120 days with tolling should the Sexual Misconduct Claims Fund not be disbursed in the bankruptcy proceeding, *In re: The Weinstein Company Holdings LLC*, No. 18-10601 (MFW) (Bankr. D. Del.).  If the Sexual Misconduct Claims Fund is distributed or 120 days expire without reinstatement, whichever is earlier, the dismissal will be with prejudice.  Each party shall bear their own costs and attorneys' fees.

Dated:  April 1, 2021

                                                          Respectfully submitted,

                                    By:  _____
                                           Kevin Mintzer, Esq.
                                           LAW OFFICE OF KEVIN MINTZER, P.C.
                                           1350 Broadway, Suite 2220
                                           New York, NY 10018
                                           Tel: (646) 843-8180
                                           km@mintzerfirm.com

- 2 -

Douglas H. Wigdor, Esq.
WIGDOR LLP
85 Fifth Avenue – Fifth Floor
New York, NY 10003
Tel: (212) 257-6800
dwigdor@wigdorlaw.com

*Attorneys for Plaintiff Wedil David*

By: _____
Imran H. Ansari, Esq.
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue – Sixth Floor
New York, NY 10036
Tel: (212) 486-0011
iansari@aidalalaw.com

BY: _____
Karen Bitar, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue #33
New York, NY 10018
Tel: (212) 218-5500
kbitar@seyfarth.com

*Attorneys for Defendants The Weinstein Company, LLC, The Weinstein Company Holdings, LLC*

SO ORDERED. This case is hereby closed as to all defendants.

_____
Hon. Ronnie Abrams
04/02/2021